tion for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.

**Kareem BARNES, Petitioner**

v.

**COM. of Pa. for PHILADELPHIA COUNTY, Respondent.**

**No. 105 EM 2012.**

Supreme Court of Pennsylvania.

Sept. 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Petition for Writ of Mandamus is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). Our Prothonotary is directed to forward the filing to counsel of record.

**Rhondell BROWN, Petitioner**

v.

**Vicky BROWN, Phs, Regional Eye Associates, Mary Reese, David McClure, MD, John McAnany, John Doe/Barry Rull, MD, Byunghok Jin, MD, Leone Moore Phs, Respondents.**

Supreme Court of Pennsylvania.

Sept. 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Application for Stay and the Petition for Allowance of Appeal are **DENIED.**